UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QaSHONTAE HOSOMLA SHORT,

      Plaintiff,

v.

                                    Case No. 24-cv-11303
                                    Hon. Matthew F. Leitman

HUNTINGTON NATIONAL
BANK, *et al.*,

      Defendants.

_____/

## **ORDER DISMISSING COMPLAINT (ECF No. 1) WITHOUT PREJUDICE**

On May 15, 2024, Plaintiff QaShonte Hosomla Short filed this action against Defendants Huntington National Bank, Billy Wright, and Quandria Karmella Looney. (*See* Compl., ECF No. 1.) The Court has granted Short *in forma pauperis* status (*see* Order, ECF No. 6), and, on June 11, 2024, the Court ordered Short, by no later than June 25, 2024, to "complete and present to the Clerk's Office" a copy of the Complaint for each Defendant, two service forms for each Defendant, and three summonses for each Defendant. (*See* Order, ECF No. 7.) The Court needed these documents so that the United States Marshal could serve Defendants with service of process in this case.

Short has not complied with the Court's June 11 order. Short has not presented the required documents to the Clerk's Office. Nor has Short contacted the

Court to ask for additional time to complete and present those documents. This is not a mere technical violation of the rules. Without these documents, the Court cannot serve the Defendants and proceed in this case.

Accordingly, because Short has failed to comply with the Court's June 11 order, the Court **DISMISSES** this action **WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 24, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 24, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126