UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QaSHONTAE HOSOMLA SHORT,

    Plaintiff,

Case No. 24-cv-11303
Hon. Matthew F. Leitman

v.

HUNTINGTON NATIONAL
BANK, *et al.*,

    Defendants.

_____/

# JUDGMENT

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

                KINIKIA ESSIX
                CLERK OF COURT

       By:   s/Holly A. Ryan
                Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: July 24, 2024
Detroit, Michigan

1