UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

QaSHONTAE HOSOMLA
SHORT,

    Plaintiffs,

v.

Case No. 24-cv-11303
Hon. Matthew F. Leitman

HUNTINGTON NATIONAL
BANK, *et al.*,

    Defendants.

_____/

## ORDER DENYING MOTION (ECF No. 10)

On May 15, 2024, Plaintiff QaShonte Hosomla Short filed this action against Defendants Huntington National Bank, Billy Wright, and Quandria Karmella Looney. (*See* Compl., ECF No. 1.) The Court granted Short *in forma pauperis* status (*see* Order, ECF No. 6), and, on June 11, 2024, the Court ordered Short, by no later than June 25, 2024, to "complete and present to the Clerk's Office" a copy of the Complaint for each Defendant, two service forms for each Defendant, and three summonses for each Defendant. (*See* Order, ECF No. 7.) On July 24, 2024, the Court dismissed this action without prejudice for Short's failure to comply with its June 11 Order. (*See* Order, ECF No. 8.)

1

Short has now filed a document entitled "Motion." (*See* ECF No. 10.) The Court has read the motion and cannot reasonably understand the relief being sought or the grounds being argued. Accordingly, the motion (ECF No. 10) is **DENIED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 5, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 5, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126